MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MANUEL ADROW, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 12-0704 CW <br><br> [PROPOSED] ORDER SETTING INITIAL APPEARANCE BEFORE THE DISTRICT COURT FOR JANUARY 7, 2013 |

The parties last appeared in this case before the magistrate judge for a detention hearing on December 10, 2012.  At the conclusion of that hearing, the parties asked that a date be set before this Court on Monday, January 7, 2013 and time was excluded through that date. However, the minute order mistakenly set the matter for Thursday, January 17, 2013. Accordingly, with the agreement of counsel for both parties and the defendant, the Court now finds and holds as follows:

The case shall be added to the Court's calendar on Monday, January 7, 2013, for an initial appearance before the district court.  The Thursday, January 17, 2013 hearing date is VACATED.

//

ORDER SETTING INITIAL APPEARANCE
CR 12-0704 CW

1  IT IS SO STIPULATED.

2

3  DATED: December 31, 2012                          /s/
4                                                   NED SMOCK
                                                    Counsel for Manuel Adrow
5

6  DATED: December 31, 2012                          /s/
                                                    BRIAN C. LEWIS
7                                                   Assistant United States Attorney

8
   The case shall be added to the Court's calendar on Monday, January 7, 2013, for an initial
9
   appearance before the district court. The Thursday, January 17, 2013 hearing date is
10
   VACATED.
11

12  IT IS SO ORDERED.

13

14

15  DATED:  1/2/2013                              _____
                                                    CLAUDIA WILKEN
16                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING INITIAL APPEARANCE
CR 12-0704 CW                                       -2-