1    STEVEN G. KALAR
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500

5    Counsel for Defendant ADROW

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-12-0704 CW
                                        )
12                         Plaintiff,   )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER SETTING MOTION SCHEDULE**
     v.                                 )
13                                      )
     MANUEL ADROW,                      )    Hearing Date: February 25, 2013
14                                      )    Court: Hon. Claudia Wilken
                           Defendants.  )
15   _____)

16        The above-captioned matter is set on February 25, 2013 before this Court for

17   motion setting.  The defense intends to file a motion to suppress evidence obtained as a

18   result of a warrantless seizure and subsequent questioning of the defendant.  Accordingly,

19   the parties request that this Court continue the matter to April 15, 2013 at 2:00 p.m. for

20   hearing on defendant's motion to suppress.  The parties propose the following briefing

21   schedule:

22   Defense Motion:          March 18, 2013

23   Government Opposition:   April 1, 2013

24   Defense Reply:           April 8, 2013

25   Hearing:                 April 15, 2013

26        The parties agree that an exclusion of time under the Speedy Trial Act, 18 U.S.C. §§

Stip Setting Motion Schedule, 12-00704 CW          1

1  3161(h)(7)(A) and (B)(iv) is appropriate between February 25, 2013 and March 18, 2013

2  for adequate preparation of counsel. The defense is engaged in ongoing review of discovery

3  and investigation in this matter and legal research related to the motion to suppress.  The

4  requested continuance will allow the defense to further its investigation of the underlying

5  facts of the case and to obtain and review necessary records.  The failure to grant such a

6  continuance would unreasonably deny counsel for the defendant the reasonable time

7  necessary for effective preparation, taking into account the exercise of due diligence.

8  Further, once the motion is filed, time is excludable under 18 U.S.C. § 3161(h)(1)(D) based

9  on the filing and disposition of a pretrial motion.

10

11  February 21, 2013                                     _____/s/_____
                                                          NED SMOCK
12                                                        Assistant Federal Public Defender
                                                          Attorney for Manuel Adrow
13

14
    February 21, 2013                                     _____/s/_____
15                                                        BRIAN LEWIS
                                                          Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26


Stip Setting Motion Schedule, 12-00704 CW            2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby adopts the following motion schedule for defendant's motion to suppress:

Defense Motion:              March 18, 2013

Government Opposition:       April 1, 2013

Defense Reply:               April 8, 2013

Hearing:                     April 15, 2013

Based on these findings, IT IS HEREBY ORDERED THAT the motion setting hearing date of February 25, 2013 is vacated and the matter is calendared for hearing on the defense motion on April 15, 2013.  It is further ordered that based on the reasons set forth above, time is excluded from February 25, 2013 through April 15, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

_____2/22/2013_____
Date

HON. CLAUDIA WILKEN
Chief United States District Judge

Stip Setting Motion Schedule, 12-00704 CW              3